(Del. Rev. 1/2016) Pro Se Motion for Extension of Time

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

**Jibbitz, INC**

_____
(Name of Plaintiff or Plaintiffs)

v.

**Shoe charms LLC**

_____
(Name of Defendant or Defendants)

Civ. Action No. **22-43-CFC**

FILED
JAN 19 2023
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION FOR EXTENSION OF TIME

I/We, **Shoe Charms LLC**, the ☐ plaintiff(s) / ☒ defendant(s) [check the appropriate box] in the above-named proceeding, respectfully move this Court to issue an order for [check the appropriate box]:

☐ an extension of time to amend (describe the pleading) _____
_____.

☐ an extension of time to complete discovery.

☐ an extension of time to file an answer.

☐ an extension of time to file a document (describe the document) _____
_____.

☐ an extension of time to file a response/reply.

☒ an extension of time to **Find Representation**.
_____.

Page 1 of 3

(Del. Rev. 1/2016) Pro Se Motion for Extension of Time

The reason(s) that I/we am/are entitled to relief I/we seek is the following: _____

We have had a hard time finding an attorney to take our case. I Respetfully request more time. Thank you.

(You may use additional 8 ½ x 11 paper if needed)

I/We, the undersigned, declare under penalty of perjury that the foregoing is true and correct.

Dated: 1-17-23

Signed: _____
[your signature]

Print your name: Eric Ponce

Address: 3886 Pleasant Oaks DR
Lawrenceville GA 30044







**FedEx Express**

ORIGIN ID:LKSA  (713) 996-0100
ERIC PONCE
14173 NORTHWEST FREEWAY

HOUSTON, TX 77040
UNITED STATES US

SHIP DATE: 18JAN23
ACTWGT: 0.12 LB
CAD: 114607406/WSXI3600

BILL SENDER

TO  OFFICE OF THE CLERK
UNITED STATES DISTRIC CT
844 N KING ST
UNIT # 18
WILMINGTON DE 19801
(302) 573-6170     REF: ERIC PONCE
INV: PKG ID: 159306
PO:                         DEPT:

FILED
JAN 19 2023
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TRK# 3936 0308 1704
0201

THU - 19 JAN 4:30P
STANDARD OVERNIGHT

XE ZWIA

19801
DE-US  PHL