IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JIBBITZ, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 22-43-CFC |
| | ) | |
| SHOE CHARMS LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFAULT IN APPEARANCE**

AN ENTRY OF DEFAULT IN APPEARANCE is entered against Defendant Shoe Charms LLC pursuant to Federal Rule of Civil Procedure 55(a) as defendant has failed to comply with the Court's Order of January 24, 2023 (See D.I. 47 and D.I. 48).

Dated: April 5, 2023

_____
(By) Deputy Clerk