# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIBBITZ, INC., a Colorado limited liability company, | ) ) ) |
| Plaintiff, | ) ) C.A. No. 22-43-CFC |
| v. | ) ) **JURY TRIAL DEMANDED** |
| SHOE CHARMS LLC, a Delaware limited liability company, | ) ) ) ) |
| Defendant. | ) ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on July 27, 2023 upon Defendant Shoe Charms LLC as indicated below:

> ORDER OF THE HONORABLE COLM F. CONNOLLY SETTING HEARING ON PLAINTIFF'S PENDING MOTION FOR DEFAULT JUDGMENT FOR WEDNESDAY, SEPTEMBER 13, 2023, AT 2:00 P.M. (D.I. 52)

## VIA OVERNIGHT FEDERAL EXPRESS

Shoe Charms LLC
c/o Eric Ponce
3886 Pleasant Oaks Drive
Lawrenceville, GA 30044

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|  | By: */s/ Bindu A. Palapura* |
|  | David E. Moore (#3983) |
| Ben Fernandez | Bindu A. Palapura (#5370) |
| Sydney Donovan | Hercules Plaza, 6th Floor |
| WILMER CUTLER PICKERING HALE AND DORR LLP | 1313 N. Market Street |
|  | Wilmington, DE 19801 |
| 1225 17th Street, Suite 2600 | Tel: (302) 984-6000 |
| Denver, Colorado 80202 | dmoore@potteranderson.com |
| Tel: (720) 274-3135 | bpalapura@potteranderson.com |
|  |  |
| Jeffrey A. Dennhardt | *Attorneys for Plaintiff Jibbitz, Inc.* |
| WILMER CUTLER PICKERING HALE AND DORR LLP |  |
| 7 World Trade Center |  |
| 250 Greenwich Street |  |
| New York, NY 10007 |  |
| Tel: (212) 295-6293 |  |

Dated: July 27, 2023
10940259 / 21615.00001

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2023, the attached document was mailed via Federal Express to the following person(s):

>Shoe Charms LLC
>c/o Eric Ponce
>3886 Pleasant Oaks Drive
>Lawrenceville, GA 30044

By: */s/ Bindu A. Palapura*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
POTTER ANDERSON & CORROON LLP
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Plaintiff Jibbitz, LLC*